# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WAYNE ELWIN CHICK,<br><br>    Petitioner,<br><br>v.<br><br>FRANK CHAVEZ, Warden,<br><br>    Respondent. | No. CV 10-6136-DMG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the findings, conclusions and recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 22, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE