# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WAYNE ELWIN CHICK, | No. CV 10-6136-DMG (PLA) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRANK CHAVEZ, Warden, | |
| Respondent. | |

Pursuant to the order accepting the findings, conclusions and recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 30, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE